**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>290 Auto Body, Inc.<br><br>Debtor | Chapter 7<br>23-41007-CJP |

# ORDER

This matter having come before the Court on the motion of the creditor, Liberty Mutual General Insurance Company (Liberty"), pursuant to 11 U.S.C. § 362(d), for relief from the automatic stay to permit the continuation of a lawsuit against Justin Forkuo, a corporate officer of the debtor, and due notice having been given, and, to the extent relief is even necessary as referenced in the order entered at ECF No. 14 (the "Hearing Cancellation Order"), the Court hereby orders as follows:

1. The automatic stay imposed by 11 U.S.C. § 362(a) is hereby modified to allow Liberty to resume and prosecute the lawsuit against Justin Forkuo, for his alleged individual violations of G.L. c. 93A, in Liberty Mutual General Insurance Company v. 290 Auto Body, Inc. and Justin Forkuo, Worcester District Court, Civil Action 1862CV001409.

2. Nothing in this Order shall authorize collection, garnishment, or any other form of enforcement against the assets of the debtor's bankruptcy estate.

3. The stay of this Order under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived, and this Order shall take effect immediately upon entry and is effective as of the date of the Hearing Cancellation Order.

4. This Order does not adjudicate or affect any rights, claims, or defenses of the parties in the lawsuit, other than as expressly stated herein.

Dated: 02/21/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge