UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: 290 Auto Body, Inc. ,<br>Debtor | Chapter: 7<br>Case No: 23−41007<br>Judge Christopher J. Panos |

**ORDER DISCHARGING TRUSTEE AND CLOSING CASE**

It is hereby **ORDERED** that Jonathan R. Goldsmith, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:9/1/26

By the Court,

U.S. Bankruptcy Judge